**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FRANYELIS NATALI URBINA YEPEZ,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-2241-R** |
| **WARDEN, DIAMONDBACK CORRECTIONAL FACILITY, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

Challenging her detention by Immigration and Customs Enforcement, Petitioner, Ms. Franyelis Natali Urbina Yepez, seeks release from detention or a prompt bond hearing from this Court through a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. No. 1]. The Court referred her Petition to United States Magistrate Judge Suzanne Mitchell, who recommended that the Court grant in part the Petition and order a bond hearing pursuant to 8 U.S.C § 1226(a). [Doc. No. 12]. Respondents objected [Doc. No. 13], so the Court will review de novo those portions of the Report to which they specifically object.[1] 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72(b)(3).

Respondents object to the R&R but acknowledge that *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) controls this matter.[2] The Court agrees with Judge

---

[1] Petitioner did not Object.

[2] Respondents seek to preserve their argument for appeal that *Santillan Quiroz* was wrongly decided. Doc. No. 13 at 1 n.2.

Mitchell's finding that Ms. Yepez's detention is pursuant to § 1226(a). The Court further agrees that the proper remedy is an individualized bond hearing under § 1226(a). *See id.* at 1251 n.13 ("Because Santillan Quiroz can properly be subject to detention under § 1226(a), though, the district court shall order the Government to, within seven days of such order, either provide him with a bond hearing or else release him.").

Accordingly, the Court ADOPTS Judge Mitchell's Report and Recommendation, GRANTS in PART the Petition for a Writ of Habeas Corpus [Doc. No. 1] and ORDERS Respondents to provide Petitioner with a lawful bond hearing pursuant to § 1226(a) within seven days of the date of this order or otherwise release her if she has not received such a hearing within that period. Respondents shall certify their compliance with this Order.

IT IS SO ORDERED this 30th day of October, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**